**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **MR Roof Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Interstate Roofing & Sheet Metal** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **77-0590305** | |

4. **Debtor's address**

**Principal place of business**

**1905 S. Eastern Ave.**
**Moore, OK 73160**
Number, Street, City, State & ZIP Code

**Cleveland**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **MR Roof Inc.**
_____    Case number (*if known*) _____
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

Debtor  **MR Roof Inc.**                                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **MR Roof Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2016**
                MM / DD / YYYY

**X** **/s/ Mavis or Ron Rogers**                                    **Mavis or Ron Rogers**
Signature of authorized representative of debtor                    Printed name

Title    **President / VP**

---

**18. Signature of attorney**

**X** **/s/ Reese Allen**                                    Date **June 28, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Reese Allen**
Printed name

**Allen & King, P.C.**
Firm name

**10300 Greenbriar Place**
**Oklahoma City, OK 73159**
Number, Street, City, State & ZIP Code

Contact phone **(405) 691-2555**    Email address **reesallen@aol.com**

**215**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **MR Roof Inc.**

United States Bankruptcy Court for the:     **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 28, 2016**          X **/s/ Mavis or Ron Rogers**
                                            Signature of individual signing on behalf of debtor

                                            **Mavis or Ron Rogers**
                                            Printed name

                                            **President / VP**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **MR Roof Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
            **12/15**

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $           **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................ $       **1,369,645.35**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $       **1,369,645.35**

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $       **69,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $           **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$      **15,985,265.01**

4.    Total liabilities ........................................................................................
    Lines 2 + 3a + 3b                 $      **16,054,265.01**

---

**Fill in this information to identify the case:**

Debtor name    **MR Roof Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Business** | **Checking** | 2141 | **$9.11** |
| 3.2. | **Chase Business** | **Savings** | 6895 | **$12.99** |
| 3.3. | **Chase Bank Pay roll account** | **Checking** | 8190 | **$2,702.66** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$2,724.76** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **MR Roof Inc.**                                      Case number *(If known)* _____
          _____
          Name

■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 16,884.10 | - | 10,123.55 | = .... | $6,760.55 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 92,802.40 | - | 92,802.40 | = .... | Unknown |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 50,862.70 | - | 25,431.35 | = .... | $25,431.35 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 7,112.00 | - | 3,556.00 | = .... | $3,556.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 114,822.00 | - | 57,411.00 | = .... | $57,411.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 38,390.00 | - | 19,195.00 | = .... | $19,195.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 127,091.58 | - | 63,545.79 | = .... | $63,545.79 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 3,035.50 | - | 1,517.75 | = .... | $1,517.75 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 136,170.00 | - | 68,085.00 | = .... | $68,085.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 375,200.00 | - | 187,600.00 | = .... | $187,600.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 28,943.50 | - | 14,471.75 | = .... | $14,471.75 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 7,336.00 | - | 3,668.00 | = .... | $3,668.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

| 11a. 90 days old or less: | 270,000.00 | - | 135,000.00 | = .... | $135,000.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **MR Roof Inc.**
_____    Case number _(If known)_ _____
Name

| 11a. 90 days old or less: | **6,346.00** | - | **3,173.00** = .... | **$3,173.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **13,630.00** | - | **6,815.00** = .... | **$6,815.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **114.30** | - | **57.15** = .... | **$57.15** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **5,900.00** | - | **2,950.00** = .... | **$2,950.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **285,480.00** | - | **142,740.00** = .... | **$142,740.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **251,955.00** | - | **125,977.50** = .... | **$125,977.50** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **274,864.50** | - | **137,432.25** = .... | **$137,432.25** |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **450.00** | - | **450.00** =.... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **4,820.91** | - | **4,820.91** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **1,142.15** | - | **1,142.15** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **34,596.34** | - | **34,596.34** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **124,560.00** | - | **62,280.00** =.... | **$62,280.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **99.00** | - | **99.00** =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

Debtor     **MR Roof Inc.**
           _Name_                                          Case number _(If known)_ _____

| 11b. Over 90 days old: | **49,393.00** | - | **49,393.00** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **19,380.00** | - | **19,380.00** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **2,179.15** | - | **2,179.15** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **300.00** | - | **300.00** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **242.17** | - | **242.17** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **53,257.00** | - | **26,628.50** =.... | **$26,628.50** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

---

12.    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$1,094,295.59** |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor    **MR Roof Inc.**
      Name

Case number *(If known)*

| | | |
|---|---|---|
| **7 desks, 2 confernce tables, 3 computers, 11 chairs, 2 plotters for plans, 1 tv,  tv stand, 2 wood cabinets, 3 printers, 8 filing cabinets, 4 magazine racks, 2 dry erase board, 2 wood shelves, 2 wood printer stands, 1 metal printer stand, 1 credenza, 1 computer stand, 2 wooden paper racks, drafting table, misc. desk, typewriter, 2 plastic racks with 5 shelves, misc. office supplies** | **$0.00** | **$0.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

      Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2009 Ford F350 4 door flatbed Dually with 189K miles** | **$0.00** | | **$14,700.00** |
| 47.2.    **2013 Ford Crew Cab Eco Boost XLT F150 with 68K miles** | **$0.00** | | **$35,000.00** |
| 47.3.    **2013 Ford F150 4 door Crew Cab Eco Boost XLT with 70K miles** | **$0.00** | | **$35,000.00** |
| 47.4.    **2004 Ford F250 4 door Superduty with 535K miles** | **$0.00** | | **$11,000.00** |
| 47.5.    **2000 Ford F350 with 450K miles** | **$0.00** | | **$5,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **MR Roof Inc.**                                     Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.6. | **2010 Ford F150 2 door single cab with 260K miles** | $0.00 | $9,000.00 |
| 47.7. | **2010 14ft dump trailer** | $0.00 | $5,000.00 |
| 47.8. | **18' Dove tail trailer - Has no Title** | $0.00 | $800.00 |
| 47.9. | **16 Trailer - has no title** | $0.00 | $600.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Electric Shear & Brake Lease** | $0.00 | $69,000.00 |
| **10-Misc. Extension cords, 2-electric heat blankets for rools, 3-3ft nail thumpers, 1-4' hand brake, 1-pump line for kettle, misc. tear off tools, 2-duel wheel barrows, 2-large mop carts, 3-small mop carts, 4-heat guns, 4-job box, 1-trash shoot head, 8-100# propane tanks, 2-adj paraphet cart safety equip., 1-wheel insulation carts, 1-decra cutting tool, 1-decra bending tool, 2-better spreader double, 1 55 gal hot luger, 2-dual cartridge caulk guns, 3-safety stands & safety lines, 1-chop saw, 1-roll former berridge t-lock, 6-screw guns, misc power tools, 1-dragon wagon, safety harness kits, 3-safety tie off for metal roof, 1-650 gallon kettle, 1-1200 gallon kettle, 1-360 gallon kettle, 3-safety carts, 4-fiberglass ladders, 1-40ft aluminum ladder, 1-32ft aluminum ladder, 3-roof cutters, 1-power brooms, 1-spray rig, 1-omg pace cart, 1-5000lb forklift, 1-heat weld robot for modified, 1-rhino bond kit (STOLEN), 1-ga. steel 4x8x4 forklift dumpster, 1-gp 3300 watt generator, 4-work lights, 1-40 ft karnex** | $0.00 | $87,525.00 |

51.    **Total of Part 8.**                                              | $272,625.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **MR Roof Inc.**_____    Case number *(If known)* _____
          Name

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **MR Roof Inc.**
_____      Case number *(If known)* _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,724.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,094,295.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $272,625.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,369,645.35 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,369,645.35 |

**Fill in this information to identify the case:**

Debtor name   **MR Roof Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ford Motor Credit Company** | | **Unknown** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 650575
Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2013 Ford Crew Cab Eco Boost XLT F150 with 68K miles**

Describe the lien
**Auto**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ford Motor Credit Company** | | **Unknown** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 650575
Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2013 Ford F150 4 door Crew Cab Eco Boost XLT with 70K miles**

Describe the lien
**Auto**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Debtor  **MR Roof Inc.**
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **JP Morgan Chase Bank** | | $0.00 | $9,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2010 Ford F150 2 door single cab with 260K miles**

**P.O. Box 901076**
**Fort Worth, TX 76101**
_____
Creditor's mailing address

Describe the lien
**Auto**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Marlin Leasing** | | $69,000.00 | $69,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Electric Shear & Brake Lease**

**PO Box 13604**
**Philadelphia, PA 19101**
_____
Creditor's mailing address

Describe the lien
**Lease**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $69,000.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **MR Roof Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABC Supply Co.**<br>**PO Box 842450**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **several accounts** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Priarie House, Commercial, Felgar Hall, Fairview Elem, The Frank, N. Walker, At Home Store, Bob Moore Nissan, Collinsville HS, Edmon Low, Lake Murray, Norman North HS, Watonga, Weleetka**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$647,004.08** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AGP**<br>**201 N. Broadway Ste. 210**<br>**Oklahoma City, OK 73160**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,435.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ahern Rentals**<br>**PO Box 271390**<br>**Las Vegas, NV 89127**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **9195** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$65,011.79** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Alaco Ladder Company**<br>**5167 G. Street**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

Debtor    **MR Roof Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Alejandro Diaz**<br>**3620 SW 42nd**<br>**Oklahoma City, OK 73119**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _employee owed_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$864.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Alfredo Castillo**<br>**501 SE 44th Lot #12**<br>**Oklahoma City, OK 73129**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _employee owed_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**AM Supply**<br>**4701 NW 10th**<br>**Oklahoma City, OK 73127**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _1060_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$19,090.03** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**American Builders & Contractors Supply C**<br>**106 Decker Ct. Ste. 100**<br>**Irving, TX 75062**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _4500_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**American Contractors Indemnity Co.**<br>**601 S. Figueroa St. Ste. 1600**<br>**Los Angeles, CA 90017**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**American Propane**<br>**1509 Exchange Ave.**<br>**Oklahoma City, OK 73108**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _5001_ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,023.68** |

Debtor    **MR Roof Inc.**
_____    Case number *(if known)* _____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,045.36 |

**ARA Equip. Rentals & Sales**
**2318 W. Gore Blvd**
**Lawton, OK 73505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6288**

Basis for the claim:  **debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,210.00 |

**Armando J. Rosell, Esq**
**210 Park Ave.**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,333.36 |

**B&B Sanitation**
**PO Box 169**
**Meno, OK 73760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3344**

Basis for the claim:  **debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |

**Bank of America**
**P.O. Box 15796**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6354**

Basis for the claim:  **debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |

**Bank of America**
**P.O. Box 15796**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3248**

Basis for the claim:  **debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,223.31 |

**Berridge Manufacturing**
**6515 Fratt Rd.**
**San Antonio, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,000.00 |

**Blueline Rentals**
**PO Box 840062**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4916**

Basis for the claim:  **debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **MR Roof Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$50,000.00** |

**Boldt Company**
**101 W. Hefner Rd.**
**Oklahoma City, OK 73114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Eufaula Public Schools Kitchen Addition**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$60,000.00** |

**Capital One**
**PO Box 60599**
**City Of Industry, CA 91716**

Date(s) debt was incurred _

Last 4 digits of account number  **several accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,482.00** |

**Carlisle Roofing Systems**
**21485 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number  **1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$5,200.00** |

**Chase Bank**
**PO Box 78068**
**Phoenix, AZ 85062**

Date(s) debt was incurred _

Last 4 digits of account number  **3103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$5,700.00** |

**Chase Bank**
**PO Box 659732**
**San Antonio, TX 78265**

Date(s) debt was incurred _

Last 4 digits of account number  **2536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$105,000.00** |

**Chase Bank**
**PO Box 6026**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number  **0009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$75,000.00** |

**Chase Bank**
**PO Box 6026**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **MR Roof Inc.**
Name

Case number (if known)

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Cintas**
**06445 NE 42nd St.**
**Oklahoma City, OK 73105**

**Date(s) debt was incurred**

**Last 4 digits of account number  6568**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,597.30**

---

| | |
|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** |

**City of El Reno**
**101 N. Choctaw**
**El Reno, OK 73036**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Mercy Hospital**

Is the claim subject to offset? ■ No ☐ Yes

**$738,525.00**

---

| | |
|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** |

**City of Moore**
**P.O. Box 6830**
**Oklahoma City, OK 73160**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  debt**

Is the claim subject to offset? ■ No ☐ Yes

**$216.58**

---

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** |

**Cleveland County Treasurer**
**201 S Jones St., Ste. 100**
**Norman, OK 73069**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,159.79**

---

| | |
|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** |

**CMS Willowbrook**
**3108 S. 9th St.**
**Chickasha, OK 73018**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  OSU Edmon Low Library, City of Del City Public Works Admin Building**

Is the claim subject to offset? ■ No ☐ Yes

**$131,146.00**

---

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

**CNA Insurance**
**PO Box 790094**
**Saint Louis, MO 63179**

**Date(s) debt was incurred**

**Last 4 digits of account number  3092**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  debt**

Is the claim subject to offset? ■ No ☐ Yes

**$112,000.00**

---

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** |

**Crosby**
**317 SE 61st St.**
**Oklahoma City, OK 73149**

**Date(s) debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,000.00**

---

Debtor    **MR Roof Inc.**                                    Case number (if known) _____
_____
Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Crossland Rental**
**44 SW 44th St.**
**Oklahoma City, OK 73109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $864.00 |
|---|---|---|---|

**Daniel Chavez**
**3620 SW 42nd**
**Oklahoma City, OK 73119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **employee owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Daniel Wedman**
**3612 NW 133rd Place**
**Oklahoma City, OK 73142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **employee owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,376.36 |
|---|---|---|---|

**Discover**
**PO Box 790213**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9514**

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,070.00 |
|---|---|---|---|

**Dri-Design**
**PO Box 1286**
**Holland, MI 49422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $41,135.93 |
|---|---|---|---|

**Edmond Sheet Metal**
**30 W. 8th St.**
**Edmond, OK 73003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **mrroo**

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,458.27 |
|---|---|---|---|

**Fast Lube**
**804 N. Eastern Ave.**
**Oklahoma City, OK 73160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **MR Roof Inc.**
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |

**3.40**

**Nonpriority creditor's name and mailing address**

**Firestone Building Products**
**250 W. 96th St.**
**Indianapolis, IN 46260**

Date(s) debt was incurred _

Last 4 digits of account number  **8581**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$11,000.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Flintco LLC**
**2302 S. Prospect**
**Oklahoma City, OK 73129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **American Fidelity Parking Garage**

Is the claim subject to offset? ■ No ☐ Yes

**$13,423.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Ford Motor Co.**
**PO Box 650575**
**Dallas, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number  **several accounts**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **3750, 4586, 2013**

Is the claim subject to offset? ■ No ☐ Yes

**$44,511.80**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Fraternity Advising**
**2301 W. I-35 Service Rd.**
**Oklahoma City, OK 73112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**GAF Materials Corp**
**1 Campus Dr.**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**GC Services**
**PO Box 1389**
**Copperas Cove, TX 76522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,765.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Gill Reprographics**
**7001 N. Sante Fe.**
**Oklahoma City, OK 73116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

| Debtor | **MR Roof Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,361.00** |
|---|---|---|---|
| | **Guys Gutters** | ☐ Contingent | |
| | **3805 N. Market Ave.** | ☐ Unliquidated | |
| | **Shawnee, OK 74804** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __debt__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,300.00** |
|---|---|---|---|
| | **Hernandez Roofing & Construction** | ☐ Contingent | |
| | **2551 W. Tours Rd.** | ☐ Unliquidated | |
| | **West, TX 76691** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __debt__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Hertz** | ☐ Contingent | |
| | **PO Box 650280** | ☐ Unliquidated | |
| | **Dallas, TX 75265** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __debt__ | |
| | Last 4 digits of account number __4103__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|
| | **Home Depot** | ☐ Contingent | |
| | **PO Box 900130** | ☐ Unliquidated | |
| | **Louisville, KY 40290** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __debt__ | |
| | Last 4 digits of account number __4900__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,434.00** |
|---|---|---|---|
| | **Insurance Agency of Mid America** | ☐ Contingent | |
| | **10009 S. Penn Building E.** | ☐ Unliquidated | |
| | **Oklahoma City, OK 73159** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __debt__ | |
| | Last 4 digits of account number __4954__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,340.00** |
|---|---|---|---|
| | **Integrated Electric** | ☐ Contingent | |
| | **PO Box 30335** | ☐ Unliquidated | |
| | **Edmond, OK 73003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __debt__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,000.00** |
|---|---|---|---|
| | **JE Dunn Construction** | ☐ Contingent | |
| | **4 East Sheridan Ste. 200** | ☐ Unliquidated | |
| | **Oklahoma City, OK 73140** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __OSU 4th St Parking Garage, OU Jenkins Ave. Parking Facility__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **MR Roof Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,968.75 |
|---|---|---|---|

**Jesus Franco**
**3100 SW 20th St.**
**Oklahoma City, OK 73108**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __employee owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Jesus Larios**
**3005 SW 61st**
**Oklahoma City, OK 73159**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Joe Montalvo**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,505.75 |
|---|---|---|---|

**Jorge Archan**
**1115 SW 31st**
**Oklahoma City, OK 73109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __employee owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**Lingo Construction Services**
**PO Box 850369**
**Yukon, OK 73085**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __2591__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __The Frank Metal Roof, The Frank TPO Roof__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,261.81 |
|---|---|---|---|

**Lowe's**
**P.O. Box 530914**
**Atlanta, GA 30353**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0729__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Lowe's Commercial Services**
**PO Box 530970**
**Atlanta, GA 30353**

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0089__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **MR Roof Inc.**
_____   Case number (if known) _____
Name

| | |
|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

3.61
**M&R Roofing**
**644 Pleasant Vista Dr.**
**Dallas, TX 75207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.        **$113,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.62
**Nonpriority creditor's name and mailing address**
**Manhattan Construction**
**5601 S. 122nd E. Ave.**
**Tulsa, OK 74146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **$1,500,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Praire House Assisted Living Center, Lake Murray State Park Lodge & Cabins**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.63
**Nonpriority creditor's name and mailing address**
**Marlin Business Bank**
**POBox 13604**
**Philadelphia, PA 19101**

Date(s) debt was incurred _

Last 4 digits of account number  **1512**

As of the petition filing date, the claim is: Check all that apply.        **$70,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.64
**Nonpriority creditor's name and mailing address**
**Matrix Business Systems, Inc.**
**6005 NW 63rd St. #100**
**Oklahoma City, OK 73132**

Date(s) debt was incurred _

Last 4 digits of account number  **4109**

As of the petition filing date, the claim is: Check all that apply.         **$2,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.65
**Nonpriority creditor's name and mailing address**
**MBCI**
**7000 S. Eastern**
**Oklahoma City, OK 73149**

Date(s) debt was incurred _

Last 4 digits of account number  **2317**

As of the petition filing date, the claim is: Check all that apply.         **$6,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.66
**Nonpriority creditor's name and mailing address**
**Medardo Escobar**
**2728 SW 35th St.**
**Oklahoma City, OK 73119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.         **$1,103.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **employee owed**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.67
**Nonpriority creditor's name and mailing address**
**Moore Public Schools**
**1500 SE 4th St.**
**Oklahoma City, OK 73160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.       **$702,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fairview Elem**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MR Roof Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |
|---|---|---|
| **MRC Lifting Services**<br>**1217 NW 2nd**<br>**Oklahoma City, OK 73106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  **debt** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|
| **National Construction Rentals**<br>**PO Box 4503**<br>**Pacoima, CA 91333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  **debt** | |
| **Last 4 digits of account number**  **0696** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,000.00 |
|---|---|---|
| **National Funding**<br>**9820 Towne Centre Dr.**<br>**San Diego, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  **debt** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|
| **Naylor, LLC**<br>**PO Box 677251**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  **debt** | |
| **Last 4 digits of account number**  **2070** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,240.00 |
|---|---|---|
| **North Star**<br>**12 Oak Dr.**<br>**Shawnee, OK 74801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  **debt** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|
| **Office Depot**<br>**PO Box 78004**<br>**Phoenix, AZ 85062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  **debt** | |
| **Last 4 digits of account number**  **6850** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **OG& E**<br>**po box 24990**<br>**Oklahoma City, OK 73124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  **debt** | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **MR Roof Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |

**OMNI Construction/Joe Sherga**
**PO Box 892245**
**Oklahoma City, OK 73189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,188.00** |

**Pablo Cruz**
**1308 SW 28th**
**Oklahoma City, OK 73108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __employee owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,440.00** |

**Placido Castillo**
**621 SE 34th**
**Oklahoma City, OK 73129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __employee owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |

**Porta John of Tulsa**
**PO Box 580722**
**Tulsa, OK 74158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |

**Primeco Services**
**4140 SW 149**
**Oklahoma City, OK 73170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Progressive Waste Solutions of TX, Inc.**
**PO Box 819**
**Iowa Park, TX 76367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __4100__

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |

**Reeder Construction**
**112 NW 132nd St.**
**Oklahoma City, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MR Roof Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Request Sevices**
7608 NW 29th
Bethany, OK 73008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Richard Silvey**
532 Old English Rd.
Edmond, OK 73003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000,000.00** |
|---|---|---|---|

**RLI Surety**
9025 N. Lindbergh Dr.
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Roofing Supply Group**
PO Box 840567
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Bob Moore Audi, Bob Moore Nissan, Dunkin Donuts, Fairview, Elem., Felgar Hall, The Frank TPO, Norman North, Will Rogers Elem.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,233.75** |
|---|---|---|---|

**Rosalio Martinez**
1151 SW 31st
Oklahoma City, OK 73109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __employee owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260,000.00** |
|---|---|---|---|

**Ross Group**
10159 E. 11th St. Ste. 200
Tulsa, OK 74128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Fort Sill AAFES Shopping Center, Altus Bldg. 193 Reno__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$509,000.00** |
|---|---|---|---|

**Roth (Sedexo) Construction**
3847 Crum Rd.
Oklahoma City, OK 73154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Federick USPS, Weleetka USPS, Watonga USPS, Wagoner USPS, Shamrock USPS__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MR Roof Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,545.00** |
|---|---|---|---|

**Safety Rail Source LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,781.84** |
|---|---|---|---|

**Salvador Franco**
**101 SE 39th**
**Oklahoma City, OK 73129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **employee owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,869.00** |
|---|---|---|---|

**Samuel Almanza**
**2508 SW 44th**
**Oklahoma City, OK 73119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **employee owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$571.34** |
|---|---|---|---|

**Shell Fleet**
**Processing Center**
**PO Box 689010**
**Des Moines, IA 50368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Soprema**
**PO Box 75755**
**Cleveland, OH 44101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,765.00** |
|---|---|---|---|

**Spec- Lincoln Elem**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **rroo**

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Sprint**
**po box 660075**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2317**

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **MR Roof Inc.**                                       Case number (if known) _____
_____
Name

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$619.00** |

**Standard Roofing Co.**
**19 NW 16th st.**
**Oklahoma City, OK 73103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Dunkin Donuts__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,000.00** |

**Sunbelt Vacuum**
**PO Box 598**
**Palmer, TX 75152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __debt__

Last 4 digits of account number __5466__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,930.54** |

**Sunstate Equipment Co.**
**P.O. Box 52581**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __debt__

Last 4 digits of account number __2575__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |

**Superior Equipment & Supply**
**4650 Mansfield HWY Ste. 200**
**Fort Worth, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __debt__

Last 4 digits of account number __6378__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500,000.00** |

**Timberlake Construction**
**7613 N. Classen Blvd.**
**Oklahoma City, OK 73154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Norman North HS, Bob Moore Audi__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400,817.00** |

**Trigon General Contractors**
**11345 East 60th Place**
**Tulsa, OK 74146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Will Rogers Elem Addition, Lincoln Elem__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,800.00** |

**United Rentals**
**1124 George Nigh Expressway**
**McAlester, OK 74501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __debt__

Last 4 digits of account number __7905__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **MR Roof Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **University of Oklahoma** | ☐ Contingent |
| | **2750 Venture** | ☐ Unliquidated |
| | **Norman, OK 73069** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Felgar Hall** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$450,000.00**

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Valero** | ☐ Contingent |
| | **P.O. Box 300** | ☐ Unliquidated |
| | **Amarillo, TX 79105** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **debt** |
| | Last 4 digits of account number  **0754** | Is the claim subject to offset? ■ No  ☐ Yes |

**$22,000.00**

| | | |
|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Vannoy Construction** | ☐ Contingent |
| | **631 McGee Rd.** | ☐ Unliquidated |
| | **Anderson, SC 29625** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **At Home Store** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$600,000.00**

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Visa** | ☐ Contingent |
| | **po box 94014** | ☐ Unliquidated |
| | **Palatine, IL 60094** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **debt** |
| | Last 4 digits of account number  **0196** | Is the claim subject to offset? ■ No  ☐ Yes |

**$31,700.12**

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Waco of Oklahoma** | ☐ Contingent |
| | **PO Box 14008** | ☐ Unliquidated |
| | **Oklahoma City, OK 73113** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **debt** |
| | Last 4 digits of account number  **1597** | Is the claim subject to offset? ■ No  ☐ Yes |

**$12,000.00**

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Walco** | ☐ Contingent |
| | **215 Classen Blvd.** | ☐ Unliquidated |
| | **Oklahoma City, OK 73106** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **debt** |
| | Last 4 digits of account number  **1535** | Is the claim subject to offset? ■ No  ☐ Yes |

**$104,000.00**

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Waste Connections of OK/Meno** | ☐ Contingent |
| | **4625 S. Rockwell** | ☐ Unliquidated |
| | **Oklahoma City, OK 73179** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,113.54**

Debtor    **MR Roof Inc.**                                    Case number (*if known*) _____
_____
Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,025.00 |
|---|---|---|---|

**Weatherman Mechanical**
4528 Enterprise Pl.
Oklahoma City, OK 73128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**West End**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Felgar Hall, Fairview, The Frank Metal, Lake Murray, Bob Moore Audi, Norman North, OSU Edmon Low**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210,954.18 |
|---|---|---|---|

**West End Roofing & Siding**
2524 SE 15th St.
Oklahoma City, OK 73129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Francis Walkups**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**Western Fireproofing Co of TX**
1501 W. Port Rd.
Kansas City, MO 64111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,500.00 |
|---|---|---|---|

**Wiijo**
109 NE 38th
Oklahoma City, OK 73105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2916**

Basis for the claim:  **debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alfred Medina**<br>6301 Waterford Blvd. Ste. 110<br>Oklahoma City, OK 73118 | Line  **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Farha Law, PLLC**<br>6301 Waterford Blvd. Ste. 110<br>Oklahoma City, OK 73118 | Line  **3.61**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **MR Roof Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Fellers Snider**<br>**100 N. Broadway Ste. 1700**<br>**Oklahoma City, OK 73102** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Fuselier & Associates**<br>**637 Presidential Dr.**<br>**Richardson, TX 75081** | Line **3.85**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Fuselier & Associates** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **HCC**<br>**601 S. Figueroa St. Ste. 1600**<br>**Los Angeles, CA 90017** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **ICS National Collection Service**<br>**PO Box 470037**<br>**Tulsa, OK 74147** | Line **3.114**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Klatt Law Firm**<br>**925 E. 4th St.**<br>**Waterloo, IA 50703** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Matthews, Shiels, Knott, Eden, Davis & B**<br>**8131 LBJ Freeway Ste. 700**<br>**Dallas, TX 75251** | Line **3.85**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Matthews, Shiels, Knott, Eden, Davis & B**<br>**8131 LBJ Freeway STe. 700**<br>**Dallas, TX 75251** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Pate & Knarr**<br>**Two Leadership Square Ste. 418**<br>**Oklahoma City, OK 73102** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Salisian Lee LLP**<br>**550 South Hope ST. Ste. 750**<br>**Los Angeles, CA 90071** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Trigon**<br>**11345 East 60th Place**<br>**Tulsa, OK 74146** | Line **3.85**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 15,985,265.01 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 15,985,265.01 |

**Fill in this information to identify the case:**

Debtor name **MR Roof Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **contract for job on Eufaula Public Schools kitchen addition** |
| State the term remaining | |
| List the contract number of any government contract | **Boldt Company**<br>**101 W. Hefner Road**<br>**Oklahoma City, OK 73114** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **contract for job on Mercy Hospital** |
| State the term remaining | |
| List the contract number of any government contract | **City of ElReno**<br>**101 N. Choctaw**<br>**El Reno, OK 73036** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **contract on jobs for OSU Edmon Law Library and City of Del City Public Works Admin Building** |
| State the term remaining | |
| List the contract number of any government contract | **CMS Willowbrook**<br>**3108 S. 9th St.**<br>**Chickasha, OK 73018** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **contract for job on the American Fidelity parking garage** |
| State the term remaining | |
| List the contract number of any government contract | **Flintco LLC**<br>**2302 S. Prospect**<br>**Oklahoma City, OK 73129** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **MR Roof Inc.** | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for job at OSU 4th st. parking garage and OU Jenkins Av. parking facility** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **JE Dunn Construction**<br>**4 East Sheridan Suite 200**<br>**Oklahoma City, OK 73104** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **contract for job on The Frank Metal Roof and the Frank TPO Roof** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lingo Construction**<br>**123 N.W. 8th**<br>**Oklahoma City, OK 73102** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **contract for jobs at Prairie House Assisted Living Center and Lake Murray State Park Lodge & Cabins** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Manhattan Construction**<br>**5601  S. 122nd E Ave**<br>**Tulsa, OK 74146** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **contract for job at Fairview Elementary** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Moore Public Schools**<br>**1500 SE 4th St.**<br>**Moore, OK 73160** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **contract for job at Fort Sill AAFES shopping center and Altus Bldg. 193 Renovation** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ross Group**<br>**10159 E. 11th St. Ste. 200**<br>**Tulsa, OK 74128** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **contract for job at Frederick USPS, Welletka USPS, Watonga USPS, Wagoner USPS, Shamrock USPS** | |
|---|---|---|---|
| | | | **Rox (sodexo) Construction**<br>**3847 Crum Rd.**<br>**Youngstown, OH 44515** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **MR Roof Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

<table>
<tr><td>█</td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **contract for job at Norman North HS and Bob Moore Audi** | |
|---|---|---|---|
| | State the term remaining | | **Timberlake Construction** |
| | List the contract number of any government contract | | **7613 N. Classen Blvd** **Oklahoma City, OK 73154** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **contract for job at Will Rogers Elementary and Lincoln Elementary** | |
|---|---|---|---|
| | State the term remaining | | **Trigon General Contractors** |
| | List the contract number of any government contract | | **11345 East 60th Place** **Tulsa, OK 74146** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for job at the At Home store** | |
|---|---|---|---|
| | State the term remaining | | **Vannoy Construction** |
| | List the contract number of any government contract | | **631 McGee Rd** **Anderson, SC 29625** |

**Fill in this information to identify the case:**

Debtor name    **MR Roof Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Ronald & Mavis Rogers** | **2901 SW 127th St. Oklahoma City, OK 73170** | | ☐ D  _____ ☐ E/F  _____ ☐ G  _____ |

**Fill in this information to identify the case:**

Debtor name        **MR Roof Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$5,160,210.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$4,555,052.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | MR Roof Inc. | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Beacon Sales Acquisition, Inc., ET. AL.**<br>**v.**<br>**Mr. Roofing, Inc., ET. AL**<br>**CJ-2016-00091** | **civil** | **Carter County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Beacon Sales Acquisition, Inc.**<br>**v.**<br>**Mr. Roofing, Inc., ET, AL**<br>**CJ-2016-00092** | **civil** | **Carter County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **National Funding**<br>**v.**<br>**Mr. Roof, Inc.** | **civil** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **AM Supply**<br>**v.**<br>**Mr. Roof, Inc.** | **civil** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Ahern Rentals**<br>**v.**<br>**Mr. Roof, Inc.** | **civil** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **MR Roof Inc.**                                                           Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **M&R Roofing & Aldred Medina**<br>**v.**<br>**Mr. Roof, Inc.** | **civil** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Lingo Construction**<br>**v.**<br>**Mr. Roof, Inc.**<br>**CJ-2016-2591** | **civil** | **Oklahoma County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Equipment lost due to general contractors not letting clients to get property when they were fired.**<br>**15,500 Watt Generator $2000.00**<br>**Battery Charger $125.00** | | | **$2,125.00** |
| **Equipment lost due to general contractors not letting them get property when they were fired.**<br>**4 Insulation Carts $2000.00**<br>**BAK Robot for TPO $3500.00**<br>**5 new heat guns $2000.00**<br>**600' Extension cords $750.00**<br>**5 screw guns $500.00** | | | **$1,325.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **MR Roof Inc.**                                         Case number *(if known)*

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Reese Allen, Attorney 10300 Greenbriar Place Oklahoma City, OK 73159** | | | **$3,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Unknown** | **2011 F350 vehicle. $6300.00, sold for value of amount to get out of shop before mechanic lien** | | **$6,300.00** |
| **Relationship to debtor N/A** | | | |

## Part 7: Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor    MR Roof Inc.                                                  Case number (if known)

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Village at Southcreek 1011 SW 134th Oklahoma City, OK 73170 | Mavis & Ronald Rogers | Business Paperwork | ☐ No ☑ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

Debtor    **MR Roof Inc.**                                         Case number *(if known)*

---

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Mr. Roof, Inc.**<br>**1905 S. Eastern Ave.**<br>**Moore, OK 73160** | **Roofing** | **EIN:**<br><br>**From-To   1995- Present** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Mr. Roof Inc.**<br>**1905 S. Eastern Ave.,**<br>**Moore, OK 73160** | |

---

Debtor **MR Roof Inc.**                                             Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mavis Rogers | 2901 SW 129th Oklahoma City, OK 73170 | President | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ron Rogers | 2901 SW 127th Oklahoma City, OK 73170 | Vice President | 49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **MR Roof Inc.**                                          Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor     **MR Roof Inc.**                                      Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2016**

**/s/ Mavis or Ron Rogers**                          **Mavis or Ron Rogers**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President / VP**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Oklahoma

In re    **MR Roof Inc.**                               Case No. _____

                                     Debtor(s)                Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept ................................................ $ _____ **3,000.00**

       Prior to the filing of this statement I have received ................................... $ _____ **3,000.00**

       Balance Due ................................................................................................ $ _____ **0.00**

2.    $ __**335.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

       a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d.   [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 28, 2016** | **/s/ Reese Allen** |
| *Date* | **Reese Allen 215** |
| | *Signature of Attorney* |
| | **Allen & King, P.C.** |
| | **10300 Greenbriar Place** |
| | **Oklahoma City, OK 73159** |
| | **(405) 691-2555  Fax: (405) 691-5172** |
| | **reesallen@aol.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Oklahoma

In re __MR Roof Inc.__ _____    Case No. _____

_____ Debtor(s)    Chapter __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President / VP of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and
correct to the best of my knowledge.

Date: __June 28, 2016__ _____    __/s/ Mavis or Ron Rogers__ _____
                                    __Mavis or Ron Rogers__/__President / VP__
                                    Signer/Title

Date: __June 28, 2016__ _____    __/s/ Reese Allen__ _____
                                    Signature of Attorney
                                    __Reese Allen 215__
                                    __Allen & King, P.C.__
                                    __10300 Greenbriar Place__
                                    __Oklahoma City, OK 73159__
                                    __(405) 691-2555   Fax: (405) 691-5172__

# United States Bankruptcy Court
## Western District of Oklahoma

In re    **MR Roof Inc.**                                  Case No. _____

                                        Debtor(s)                Chapter     **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **MR Roof Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 28, 2016** _____       **/s/ Reese Allen** _____

Date                                       **Reese Allen 215**

                                        Signature of Attorney or Litigant

                                        Counsel for    **MR Roof Inc.** _____

                                        **Allen & King, P.C.**
                                        **10300 Greenbriar Place**
                                        **Oklahoma City, OK 73159**
                                        **(405) 691-2555 Fax:(405) 691-5172**
                                        **reesallen@aol.com**